Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 21−16390−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Goya
   210 Ivy Street, 1st Floor
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−3821

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/10/21 at 10:00 AM

to consider and act upon the following:

*18* − Objection to Debtor(s) Claim of Exemption on Amended Schedule C (related document:17 Amended Schedule(s) : C filed by Russell L. Low on behalf of Nancy Goya. filed by Debtor Nancy Goya) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/20/21

                            Jeanne Naughton
                            Clerk, U.S. Bankruptcy Court