RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  NANCY GOYA
     210 IVY STREET, 1ST FLOOR
     KEARNY,  NJ  07032

Atty:  RUSSELL L LOW ESQ
       LOW & LOW ESQS
       505 MAIN STREET, SUITE 304
       HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
#### Chapter 13 Case # 21-16390

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,404.00**

## RECEIPTS AS OF 01/14/2022    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/23/2021 | $655.00 | 7898135000 | 09/29/2021 | $655.00 | 7976708000 |
| 10/29/2021 | $655.00 | 8043604000 | 11/03/2021 | $88.00 | 8058809000 |
| 11/29/2021 | $743.00 | 8110433000 | 12/29/2021 | $743.00 | 8173389000 |

**Total Receipts: $3,539.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $3,539.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 190.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,643.10 | 1,106.90 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,765.33 | * | 0.00 | |
| 0002 | AMEX/BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 11,035.20 | * | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,632.06 | * | 0.00 | |
| 0005 | CITIBANK NA | UNSECURED | 17,381.18 | * | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 25,775.30 | * | 0.00 | |
| 0007 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,920.57 | * | 0.00 | |
| 0009 | CITIZENS BANK NA | UNSECURED | 9,976.47 | * | 0.00 | |
| 0010 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,653.84 | * | 0.00 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 6,271.97 | * | 0.00 | |
| 0014 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-16390**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---|
| 0015 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LVNV FUNDING LLC | UNSECURED | 11,626.98 | * | 0.00 | |
| 0018 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,457.22 | * | 0.00 | |
| 0022 | US BANK NATIONAL ASSOCIATION | UNSECURED | 12,608.05 | * | 0.00 | |
| 0023 | WELLS FARGO BANK NA | UNSECURED | 4,907.44 | * | 0.00 | |
| 0024 | WELLS FARGO/BOB'S DISCOUNT FURNIT | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | BANK OF AMERICA | UNSECURED | 8,220.24 | * | 0.00 | |
| 0027 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | JPMORGAN CHASE BANK NA | UNSECURED | 10,218.87 | * | 0.00 | |
| 0029 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |

**Total Paid:  $2,833.15**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $3,539.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,833.15    =    Funds on Hand: $705.85

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.