RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re: NANCY GOYA
210 IVY STREET, 1ST FLOOR
KEARNY,  NJ  07032

Atty: RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 21-16390

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $44,404.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/23/2021 | $655.00 | 7898135000 | 09/29/2021 | $655.00 | 7976708000 |
| 10/29/2021 | $655.00 | 8043604000 | 11/03/2021 | $88.00 | 8058809000 |
| 11/29/2021 | $743.00 | 8110433000 | 12/29/2021 | $743.00 | 8173389000 |
| 01/31/2022 | $743.00 | 8242839000 | 02/28/2022 | $743.00 | 8301258000 |
| 03/29/2022 | $743.00 | 8367902000 | 04/28/2022 | $743.00 | 8428638000 |
| 05/31/2022 | $743.00 | 8495923000 | 06/30/2022 | $743.00 | 8558429000 |
| 07/28/2022 | $743.00 | 8611781000 | 08/30/2022 | $743.00 | 8676178000 |
| 09/30/2022 | $743.00 | 8733578000 | 10/31/2022 | $743.00 | 8795704000 |
| 11/28/2022 | $743.00 | 8848541000 | 12/30/2022 | $743.00 | 8907896000 |

**Total Receipts: $12,455.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $12,455.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 05/16/2022 | $21.56 | 890,904 | 06/20/2022 | $8.95 | 892,588 |
| | 07/18/2022 | $8.95 | 894,320 | 08/15/2022 | $8.95 | 895,883 |
| | 09/19/2022 | $8.94 | 897,486 | 10/17/2022 | $8.95 | 899,159 |
| | 11/14/2022 | $8.95 | 900,736 | 12/12/2022 | $8.76 | 902,291 |
| | 01/09/2023 | $8.77 | 903,778 | | | |
| BANK OF AMERICA | | | | | | |
| | 05/16/2022 | $100.40 | 890,932 | 05/16/2022 | $134.79 | 890,932 |
| | 06/20/2022 | $55.94 | 892,618 | 06/20/2022 | $41.67 | 892,618 |
| | 07/18/2022 | $55.94 | 894,348 | 07/18/2022 | $41.67 | 894,348 |
| | 08/15/2022 | $55.94 | 895,916 | 08/15/2022 | $41.67 | 895,916 |
| | 09/19/2022 | $55.93 | 897,514 | 09/19/2022 | $41.66 | 897,514 |
| | 10/17/2022 | $55.93 | 899,189 | 10/17/2022 | $41.67 | 899,189 |
| | 11/14/2022 | $55.94 | 900,765 | 11/14/2022 | $41.67 | 900,765 |
| | 12/12/2022 | $54.78 | 902,317 | 12/12/2022 | $40.80 | 902,317 |

**Chapter 13 Case # 21-16390**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 01/09/2023 | $54.77 | 903,807 | | 01/09/2023 | $40.81 | 903,807 |
| CITIBANK NA | | | | | | | |
| | 05/16/2022 | $212.29 | 890,662 | | 06/20/2022 | $88.10 | 892,328 |
| | 07/18/2022 | $88.10 | 894,077 | | 08/15/2022 | $88.10 | 895,642 |
| | 09/19/2022 | $88.13 | 897,223 | | 10/17/2022 | $88.10 | 898,904 |
| | 11/14/2022 | $88.10 | 900,469 | | 12/12/2022 | $86.28 | 902,041 |
| | 01/09/2023 | $86.27 | 903,534 | | | | |
| CITIZENS BANK NA | | | | | | | |
| | 05/16/2022 | $121.86 | 890,656 | | 06/20/2022 | $50.57 | 892,322 |
| | 07/18/2022 | $50.57 | 894,071 | | 08/15/2022 | $50.57 | 895,637 |
| | 09/19/2022 | $50.56 | 897,217 | | 10/17/2022 | $50.57 | 898,900 |
| | 11/14/2022 | $50.57 | 900,464 | | 12/12/2022 | $49.52 | 902,035 |
| | 01/09/2023 | $49.53 | 903,528 | | | | |
| DEPARTMENT STORES NATIONAL BANK | | | | | | | |
| | 05/16/2022 | $20.19 | 891,071 | | 06/20/2022 | $8.38 | 892,767 |
| | 07/18/2022 | $8.39 | 894,478 | | 08/15/2022 | $8.38 | 896,055 |
| | 09/19/2022 | $8.39 | 897,662 | | 10/17/2022 | $8.38 | 899,320 |
| | 11/14/2022 | $8.38 | 900,900 | | 12/12/2022 | $8.22 | 902,445 |
| | 01/09/2023 | $8.21 | 903,934 | | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | | |
| | 05/16/2022 | $76.60 | 891,081 | | 06/20/2022 | $31.79 | 892,777 |
| | 07/18/2022 | $31.79 | 894,489 | | 08/15/2022 | $31.79 | 896,064 |
| | 09/19/2022 | $31.81 | 897,672 | | 10/17/2022 | $31.79 | 899,329 |
| | 11/14/2022 | $31.79 | 900,909 | | 12/12/2022 | $31.13 | 902,453 |
| | 01/09/2023 | $31.14 | 903,941 | | | | |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 05/16/2022 | $124.82 | 890,695 | | 05/16/2022 | $314.82 | 890,695 |
| | 06/20/2022 | $130.65 | 892,366 | | 06/20/2022 | $51.80 | 892,366 |
| | 07/18/2022 | $130.65 | 894,111 | | 07/18/2022 | $51.80 | 894,111 |
| | 08/15/2022 | $130.65 | 895,676 | | 08/15/2022 | $51.80 | 895,676 |
| | 09/19/2022 | $130.67 | 897,261 | | 09/19/2022 | $51.79 | 897,261 |
| | 10/17/2022 | $130.65 | 898,937 | | 10/17/2022 | $51.80 | 898,937 |
| | 11/14/2022 | $130.65 | 900,501 | | 11/14/2022 | $51.80 | 900,501 |
| | 12/12/2022 | $127.94 | 902,076 | | 12/12/2022 | $50.72 | 902,076 |
| | 01/09/2023 | $127.95 | 903,565 | | 01/09/2023 | $50.73 | 903,565 |
| LVNV FUNDING LLC | | | | | | | |
| | 05/16/2022 | $142.01 | 891,284 | | 06/20/2022 | $58.94 | 892,985 |
| | 07/18/2022 | $58.94 | 894,664 | | 08/15/2022 | $58.94 | 896,252 |
| | 09/19/2022 | $58.93 | 897,863 | | 10/17/2022 | $58.93 | 899,514 |
| | 11/14/2022 | $58.94 | 901,082 | | 12/12/2022 | $57.71 | 902,629 |
| | 01/09/2023 | $57.72 | 904,128 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/16/2022 | $30.01 | 8,002,843 | | 05/16/2022 | $47.88 | 8,002,843 |
| | 05/16/2022 | $166.50 | 8,002,843 | | 06/20/2022 | $12.46 | 8,002,892 |
| | 06/20/2022 | $69.10 | 8,002,892 | | 06/20/2022 | $19.87 | 8,002,892 |
| | 07/18/2022 | $19.87 | 8,002,950 | | 07/18/2022 | $69.10 | 8,002,950 |
| | 07/18/2022 | $12.46 | 8,002,950 | | 08/15/2022 | $69.10 | 8,002,997 |
| | 08/15/2022 | $12.46 | 8,002,997 | | 08/15/2022 | $19.87 | 8,002,997 |
| | 09/19/2022 | $12.43 | 8,003,048 | | 09/19/2022 | $19.89 | 8,003,048 |
| | 09/19/2022 | $69.11 | 8,003,048 | | 10/17/2022 | $12.48 | 8,003,103 |
| | 10/17/2022 | $19.87 | 8,003,103 | | 10/17/2022 | $69.10 | 8,003,103 |
| | 11/14/2022 | $69.10 | 8,003,148 | | 11/14/2022 | $12.46 | 8,003,148 |
| | 11/14/2022 | $19.87 | 8,003,148 | | 12/12/2022 | $12.20 | 8,003,201 |
| | 12/12/2022 | $19.46 | 8,003,201 | | 12/12/2022 | $67.67 | 8,003,201 |
| | 01/09/2023 | $12.18 | 8,003,257 | | 01/09/2023 | $67.66 | 8,003,257 |
| | 01/09/2023 | $19.47 | 8,003,257 | | | | |

**Chapter 13 Case # 21-16390**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | | |
| | 05/16/2022 | $154.00 | 890,568 | | 06/20/2022 | $63.91 | 892,230 |
| | 07/18/2022 | $63.91 | 893,979 | | 08/15/2022 | $63.91 | 895,548 |
| | 09/19/2022 | $63.90 | 897,123 | | 10/17/2022 | $63.91 | 898,804 |
| | 11/14/2022 | $63.91 | 900,380 | | 12/12/2022 | $62.58 | 901,956 |
| | 01/09/2023 | $62.59 | 903,447 | | | | |
| WELLS FARGO BANK NA | | | | | | | |
| | 05/16/2022 | $59.94 | 891,934 | | 06/20/2022 | $24.88 | 893,698 |
| | 07/18/2022 | $24.87 | 895,316 | | 08/15/2022 | $24.88 | 896,861 |
| | 09/19/2022 | $24.87 | 898,550 | | 10/05/2022 | ($24.88) | 893,698 |
| | 10/05/2022 | $24.88 | 898,659 | | 10/17/2022 | $24.87 | 900,146 |
| | 11/14/2022 | $24.88 | 901,721 | | 12/12/2022 | $24.36 | 903,239 |
| | 01/09/2023 | $24.36 | 904,733 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 568.85 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 1,765.33 | * | 92.78 | |
| 0002 | AMEX/BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | BANK OF AMERICA | UNSECURED | 11,035.20 | * | 579.96 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 13,632.06 | * | 716.44 | |
| 0005 | CITIBANK NA | UNSECURED | 17,381.18 | * | 913.47 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 25,775.30 | * | 1,354.63 | |
| 0007 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 3,920.57 | * | 206.05 | |
| 0009 | CITIZENS BANK NA | UNSECURED | 9,976.47 | * | 524.32 | |
| 0010 | COMENITY BANK/VICTORIA SECRET | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | DEPARTMENT STORES NATIONAL BANK | UNSECURED | 1,653.84 | * | 86.92 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 6,271.97 | * | 329.63 | |
| 0014 | KOHLS/CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | ROCKET MORTGAGE, LLC FKA QUICKEN | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0016 | SYNCHRONY BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | LVNV FUNDING LLC | UNSECURED | 11,626.98 | * | 611.06 | |
| 0018 | SYNCHRONY BANK/JCPENNEY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCHRONY BANK/PC RICHARD | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,457.22 | * | 129.14 | |
| 0022 | US BANK NATIONAL ASSOCIATION | UNSECURED | 12,608.05 | * | 662.62 | |
| 0023 | WELLS FARGO BANK NA | UNSECURED | 4,907.44 | * | 257.91 | |
| 0024 | WELLS FARGO/BOB'S DISCOUNT FURNIT | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | BANK OF AMERICA | UNSECURED | 8,220.24 | * | 432.02 | |
| 0027 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | JPMORGAN CHASE BANK NA | UNSECURED | 10,218.87 | * | 537.06 | |
| 0029 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | CITIBANK/BEST BUY | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | DISCOVER FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | * | 0.00 | |

Total Paid: **$11,752.86**
See Summary

**Chapter 13 Case # 21-16390**

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $12,455.00    -    Paid to Claims: $7,434.01    -    Admin Costs Paid: $4,318.85    =    Funds on Hand: $702.14

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.